affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

· MARGARET WATSON FREELAND, as Administratrix, etc., of ARTHUR GRAHAM FREELAND, Deceased, and MARGARET WATSON FREELAND, Respondents, v. HELEN K. CONGLETON and EUGENE CONGLETON, Appellants.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESTER D. O'DELL, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the information.

GUARANTY TRUST COMPANY OF NEW YORK, as Assignee of LOUIS S. BERG, Deceased, and M. FRANCES BERG, as Executrix, etc., of LOUIS S. BERG, Deceased, Respondents, v. AMTORG TRADING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

MARY LASARDO, Respondent, v. BACHMAN MOTOR BUS COMPANY and Another, Defendants, Impleaded with BROOKLYN BUS CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

WENDEL FOUNDATION, Appellant, v. MOREDALL REALTY CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.